# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:09CR26** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **CONWAY HAMPTON,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's request for funeral furlough (Filing No. 63).

**IT IS ORDERED:**

1. The defendant's request for funeral furlough (Filing No. 63) is granted to the extent that the United States Marshal may transport the defendant for an escorted private viewing at the funeral home.

2. The defendant's counsel shall contact the United States Marshal and such visit will be under such conditions as the Marshal directs.

DATED this 8th day of September, 2009.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge